# EXHIBIT B

FILED
15 SEP 24 PM 3:46

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-23550-8 SEA

SUPERIOR COURT OF WASHINGTON

FOR KING COUNTY

| | |
|---|---|
| MARK HOFFMAN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ONE TECHNOLOGIES, LP; and<br><br>Defendant. | **CLASS ACTION**<br><br>**COMPLAINT** |

Plaintiff MARK HOFFMAN ("Plaintiff" or "HOFFMAN") brings this class action on his own behalf and on behalf of other similarly situated persons. This class action complaint is filed against Defendant ONE TECHNOLOGIES, LP ("ONE TECHNOLOGIES").

## I. NATURE OF THE ACTION

1. This is a class action brought on behalf of Washington residents to whom ONE TECHNOLOGIES or its agents sent deceptive emails in violation of Washington law.

## II. THE PARTIES

2. Plaintiff is an individual and consumer who resides in Washington.

3. Plaintiff brings this action in his individual capacity and on behalf of a class of persons similarly situated.

4. ONE TECHNOLOGIES is a company which markets and provides credit monitoring services to consumers throughout Washington.

COMPLAINT
Page 1

SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

## III. JURISDICTION AND VENUE

5. ONE TECHNOLOGIES regularly transacts business in King County, Washington.

6. Wrongful acts and omissions referenced in this complaint occurred, were initiated, were furthered, were given assistance in, or were directed to King County, Washington.

## IV. GENERAL ALLEGATIONS

7. HOFFMAN and numerous Washington consumers like him have received similarly deceptive and misleading emails from ONE TECHNOLOGIES or its agents that violate Washington's Commercial Electronic Mail Act ("CEMA"), RCW 19.090.010, *et seq.* and Washington's Consumer Protection Act ("CPA"), RCW 19.86.010, *et seq.*

8. In April 2015, HOFFMAN received no fewer than fifteen deceptive emails from ONE TECHNOLOGIES or its agents in violation of Washington's CEMA and CPA.

9. With each email sent to HOFFMAN and Washington consumers like him, ONE TECHNOLOGIES or its agents misrepresented or obscured information about the point of origin of the transmission.

10. Each of these emails falsely suggested that it was from one or all of three reputable credit reporting services: Experian, TransUnion, and Equifax.

11. These emails and the websites to which they were connected attempted to induce HOFFMAN and Washington residents like him to provide personally identifying information by subscribing to credit monitoring services.

12. In each email sent to HOFFMAN and Washington consumers like him, the subject lines contained false or misleading information.

13. Each email had deceptive subject lines such as the following:

    a. "Experian CyberAlert  Examine your score today at no charge -7093501";

    b. "Data Breach: Check Your Equifax Score for Errors, Free*Today";

    c. "Due to DataHacks Check Your TranUnion Score for Errors, Free*Check 4-20-15"; and

SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

        d. "2nd Notice: Check Out Your 3 Bureau Ranking for Irregularities, by Monday, April 13, 2015. Deadline".

14. Each email had deceptive email addresses to identify the sender such as the following:

        a. "TransUnion DataLeak Warning <TransUnion-DataLeak-Warning@value10.cozyrecordscore.us>";

        b. "Equifax Cyber Warning <equifax.cyber.warning@blw222.interiorscore.ninja>"; and

        c. "Your_Experian_Report <your-experian-report@blink70.freecreditscoreshall.ninja>".

15. The email addresses used to identify each email's sender were not valid email addresses which could receive a reply email.

16. Each email contained deceptive messages with embedded links to websites such as the following:

        a. "[Due to DataHacks, Check Your TransUnion Score for Errors](#) Free*Check 4-20-15" with an embedded link to http://knowmore.scorelocated.us/;

        b. "Equifax CyberCrime Warning- Complimentary Score Check ends 04.23.15 [Go Here to View Your Score](#)" with an embedded link to http://inquire.anlgs.ninja/; and

        c. "Experian CyberAlert: Examine your score today at no charge [Go here to See Your Score](#)" with an embedded link to http://choose.ladof.ninja/.

17. ONE TECHNOLOGIES or its agents employed automated email creation and transmission programs which introduced slight variations among the subject lines, sender addresses, and contents of each email in order to defeat email spam filters.

18. ONE TECHNOLOGIES or its agents kept each website linked in an email active for only a brief period after transmitting the email. This helped ONE TECHNOLOGIES obscure the origins of each email sent from recipients of the emails.

COMPLAINT
Page 3

19. When HOFFMAN or a Washington consumer like him visited linked websites that were active, they would be re-directed to other websites which were owned and operated by ONE TECHNOLOGIES.

20. At these websites, ONE TECHNOLOGIES deceptively attempted to induce HOFFMAN and Washington consumers like him to believe incorrectly that the contents of the website and the emails which directed them to the websites were provided with authority or approval of TransUnion, Experian, and Equifax.

21. With these emails and websites, ONE TECHNOLOGIES engaged in a scheme which attempted to trick Washington consumers like HOFFMAN to provide personal identifying information through credit monitoring service subscriptions by inducing consumers to believe incorrectly that they were doing business with TransUnion, Experian, and Equifax or else that they were receiving important notifications from TransUnion, Experian, and Equifax directing them to do business with ONE TECHNOLOGIES.

22. The deceptive business practices and conduct of ONE TECHNOLOGIES and its agents referenced in this complaint injured HOFFMAN and Washington consumers like him in their trade and property.

23. ONE TECHNOLOGIES ratified, in some fashion authorized, or is otherwise culpable for the business practices and conduct of its agents.

24. ONE TECHNOLOGIES or its agents knowingly and willfully violated the CPA and CEMA and continue to violate this and related Washington law in ways that have injured and damaged HOFFMAN and Washington consumers like him. These violations continue and will continue unless ONE TECHNOLOGIES is compelled to cease and desist the illegal business practices and conduct.

## V. CLASS ACTION ALLEGATIONS

25. Plaintiff brings this class action pursuant to Civil Rule 23 on behalf of himself and as a representative of the following class of persons (the "Class"):

SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

Washington residents to whom ONE TECHNOLOGIES or its agents sent at least one email in which (a) Experian, TransUnion, or Experian are referenced directly or indirectly in the email or emails and (b) ONE TECHNOLOGIES is not referenced as the sender.

26. The Class excludes all attorneys of record and any judges who preside in any hearing in this action.

27. The Class's claims satisfy all of the requirements for class certification pursuant to Civil Rule 23 including numerosity, commonality, typicality, adequacy of representation, manageability, and superiority.

28. The Class includes numerous Washington residents. Joinder of the numerous members of the Class in to an action is impracticable. In fact, given the number of Class members, the only way to deliver substantial justice to all Class members is by means of a single class action.

29. There are questions of fact and law common to all Class members. These common questions predominate over any questions affecting only individual members. The questions of law and fact common to the class arising from the conduct of ONE TECHNOLOGIES include, without limitation, the following:

    a. Is there a cause of action under the CPA arising from emails sent in violation of CEMA?

    b. Is there a cause of action under CEMA arising from emails sent in violation of CEMA?

    c. Do the business practices and conduct of ONE TECHNOLOGIES that are the subject of this complaint otherwise violate the CPA or CEMA?

    d. Did ONE TECHNOLOGIES or its agents negligently, knowingly, or willfully violate Washington law with its business practices and conduct?

    e. Is ONE TECHNOLOGIES liable for the business practices and conduct of its agents that violate the CPA or CEMA?

    f. Is the Class entitled to injunctive relief to prevent ONE TECHNOLOGIES from continuing with its unlawful behavior?

SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

30. The questions referenced above, and other questions like them, predominate over any questions affecting only individual persons, and a class action is superior with respect to considerations of consistency, economy, efficiency, fairness and equity, to other available methods for the fair and efficient adjudication of claims of all Class members.

31. Plaintiff's claims are typical of those of the other Class members.

32. A class action is the appropriate method for the fair and efficient adjudication of this controversy. ONE TECHNOLOGIES has acted in a general manner as part of a systemic process to the injury and damage of the Class. ONE TECHNOLOGIES or its agents continue this same conduct which puts other Class members at undue risk of injury in the future. The prosecution of separate actions by individual Class members could create a risk of inconsistent and varying adjudications, establish incompatible standards of conduct for ONE TECHNOLOGIES, or substantially impair or impede the ability of Class members to protect their interests.

33. Plaintiff is an adequate representative of the Class because he is a member of the Class and his interests do not conflict with the interests of the Class whose interests will be fairly and adequately protected by Plaintiff. Also, Plaintiff is represented by counsel with significant experience representing clients in complex class action litigation.

34. Maintenance of this action as a class action is a fair and efficient method for the adjudication of this controversy. It would be impractical and undesirable for each of the numerous persons who comprise the Class to bring separate actions. The maintenance of such separate actions would place a substantial and unnecessary burden on the courts and could result in inconsistent adjudications, while a single class action can determine, with judicial economy, the rights of all Class members.

## VI. REQUESTS FOR RELIEF

35. Based upon the allegations of this complaint, and as provided under Washington law and equity, Plaintiff respectfully requests that the Court enter judgment in favor of Plaintiff and the Class and against ONE TECHNOLOGIES and provide relief as follows:

SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

1    A. Certify the Class, appoint Plaintiff's counsel as counsel for the Class, and appoint Plaintiff as the representative of the Class;

B. Declare that the wrongful business practices and conduct referenced in this complaint are illegal;

C. Declare that ONE TECHNOLOGIES is responsible and liable for all of the illegal business practices and conduct referenced in the complaint;

D. Grant extraordinary, equitable, and injunctive relief of sufficient particularity to ensure that ONE TECHNOLOGIES will cease its illegal practices and conduct as it affects and might affect all consumers in Washington;

E. Award Plaintiff and the Class all damages which are recoverable by Washington law;

F. Award Plaintiffs treble damages as provided by Washington law;

G. Award Plaintiff and Plaintiff's counsel reimbursement for the expenses they incur in connection with this action, including reasonable attorney fees, expert witness fees, and other costs as provided by law or equity; and

H. Grant all other and further relief as the Court deems just and proper under law or equity.

RESPECTFULLY SUBMITTED: September 24, 2015

/s/ Albert H. Kirby
Albert H. Kirby, WSBA #40187
**SOUND JUSTICE LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
Tel: (206) 489-3210
Fax: (866) 845-6302
Email: ahkirby@soundjustice.com

Kim Williams, WSBA #9077
Rob Williamson, WSBA #26759
**WILLIAMSON & WILLIAMS**
2239 West Viewmont Way West
Seattle, Washington 98199
Tel: (206) 466-2685
Fax: (206) 535-7899
Email: kim@williamslaw.com
       rob@williamslaw.com

Attorneys for Plaintiff

COMPLAINT
Page 7

SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210