Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARK HOFFMAN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ONE TECHNOLOGIES, LP,<br><br>Defendant. | Case No. 2:16-cv-01006-RSL<br><br>**STIPULATION AND ORDER AMENDING CASE SCHEDULE (FIRST REQUEST)**<br><br>NOTE FOR CONSIDERATION ON AUGUST 25, 2017 |

By and through their counsel of record, the parties seek the Court's approval of the stipulation amending the case schedule as submitted below.

## **STIPULATION**

**A.     Procedural Background**

Defendant removed Plaintiff's putative class action complaint to this Court on June 28, 2016.[1] *See* Dkt. #1.  On July 25, 2016, Defendant moved to dismiss for failure to state a claim and for other relief. *See* Dkt. #13. On July 28, 2016, Plaintiff moved to remand. *See* Dkt. #15. The Court issued its first and current scheduling order on August 29, 2016. *See* Dkt. #20.

---

[1] Because removal occurred before Plaintiff filed the new, amended complaint in state court, the parties subsequently stipulated and the Court thereby ordered that it would be retroactively deemed filed in state court prior to removal. *See* Dkt. #8.

STIPULATION AND ORDER
(Case No. 2:16-cv-01006-RSL)

Page 1

**SOUND JUSTICE LAW GROUP, PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

On October 26, 2016, the Court denied Plaintiff's motion to remand. *See* Dkt. #24. The Court denied Defendant's motion to dismiss on January 17, 2017. *See* Dkt. #24. Defendant subsequently filed its answer to Plaintiff's amended complaint on February 26, 2017. *See* Dkt. #26. Thus, the claims and defenses genuinely in dispute in this case were identified and put at issue only six months ago.

**B.     The Current Case Schedule**

The Court issued an Order Setting Trial and Related Dates (Dkt. #20) which set certain dates and deadlines for this case as follows:

| | |
|---|---|
| Motion for class certification due and noted on the Court's calendar for the fifth Friday thereafter | September 07, 2017 |
| Deadline for amending pleadings | October 7, 2017 |
| Reports from expert witnesses under FRCP 26(a)(2) due | December 6, 2017 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Settlement conference held no later than | January 19, 2018 |
| Discovery completed by | February 4, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | March 6, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | April 15, 2018 |
| Agreed pretrial order due | May 3, 2018 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 30, 2018 |
| Trial: | June 4, 2018. |

**C.     Background on Discovery**

The claims and defenses genuinely in dispute in this case for discovery purposes were identified and put at issue when Defendant filed its answer on February 26, 2017. In that context,

STIPULATION AND ORDER
(Case No. 2:16-cv-01006-RSL)

Page 2

**SOUND JUSTICE LAW GROUP, PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

Plaintiff subsequently served sets of production requests and interrogatories on March 14, 2017. For good causes, including but not limited to Defendant and its counsel needing additional time to obtain, evaluate, and prepare potentially responsive information and documents, Defendant asked for multiple extensions of time to respond. Because of the good causes articulated by Defendant, and to avoid avoidable potentially protracted motion practice, Plaintiff agreed to the extensions. Defendant served its discovery responses on June 28, 2017. Defendant also served documents in response to the production requests in a series of productions, the last of which was on August 18, 2017.

On May 2, 2017, Defendant served Plaintiff with sets of requests for admissions, interrogatories, and production requests. For good causes, including but not limited to Plaintiff and its counsel needing additional time to obtain, evaluate, and prepare potentially responsive information and documents, Plaintiff asked for multiple extensions of time to respond. Because of the good causes articulated by Plaintiff, and to avoid avoidable potentially protracted motion practice, Defendant agreed to the extensions. Plaintiff served its responses to the requests for admissions on August 18, 2017. Plaintiff will be serving responses to Defendant's interrogatories and production requests on August 25, 2017 together with production of documents in response.

In an effort to resolve potential discovery disputes identified by both parties, the parties are preparing to meet and confer soon in a meaningful manner. Plaintiff's recent responses to requests for admission have also identified further discovery that Defendant needs to obtain, and Defendant will be serving an additional set of written discovery on Plaintiff in the coming days.

Meanwhile, the parties have begun to schedule depositions, the first of which is expected to occur in September. At this time, Plaintiff anticipates taking at least two or three depositions of Defendant and its personnel. Additionally, based upon disclosures by Defendant, Plaintiff will be serving deposition subpoenas on at least seven third-parties who have been identified as possibly having some involvement in or knowledge of the transmission of emails that are a material subject matter of Plaintiff's complaint. Defendant likewise plans to take a deposition of

STIPULATION AND ORDER
(Case No. 2:16-cv-01006-RSL)

Page 3

**SOUND JUSTICE LAW GROUP, PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

Plaintiff and likely third parties. However, the extent of Defendant's additional discovery is contingent on its evaluation of Plaintiff's discovery responses, which it has not had adequate opportunity to do.

**D.    Stipulated Requests**

The local civil rules state, "The judges of this district are committed to assisting the bar and litigants to reduce costs in civil cases. It is the obligation of all counsel, as officers of the court, to work toward the prompt completion of each case and to minimize the costs of discovery." *See* Local Rules W.D. Wash LCR, Introduction. At all phases of this case, the parties have worked together in the spirit of this rule to balance the interest of a prompt resolution of the case together with the need to minimize the costs of discovery. Likewise under the aegis of this rule, the parties now stipulate to and request amendments to the current case schedule as follows:

| | |
|---|---|
| Motion for class certification due and noted on the Court's calendar for the fifth Friday thereafter | March 8, 2018 |
| Deadline for amending pleadings | April 6, 2018 |
| Reports from expert witnesses under FRCP 26(a)(2) due | June 6, 2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Settlement conference held no later than | July 25, 2018 |
| Discovery completed by | August 3, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | September 6, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | October 15, 2018 |
| Agreed pretrial order due | November 2, 2018 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | November 30, 2018 |
| Trial: | December 3, 2018. |

STIPULATION AND ORDER
(Case No. 2:16-cv-01006-RSL)

Page 4

**SOUND JUSTICE LAW GROUP, PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

The parties also stipulate and request that Plaintiff's pending Motion for Relief from Deadlines and New Case Schedule (Dkt. #31) should be withdrawn and stricken as being now moot.

RESPECTFULLY SUBMITTED: August 25, 2017

*/s/ Albert H. Kirby*
Albert H. Kirby, WSBA #40187
**SOUND JUSTICE LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
Tel: (206) 489-3210
Fax: (866) 845-6302
Email: ahkirby@soundjustice.com

Kim Williams, WSBA #9077
Rob Williamson, WSBA #26759
**WILLIAMSON & WILLIAMS**
2239 West Viewmont Way West
Seattle, Washington 98199
Tel: (206) 466-2685
Fax: (206) 535-7899
Email: kim@williamslaw.com
rob@williamslaw.com

Attorneys for Plaintiff

*/s/ Ari N. Rothman*
Ari N. Rothman, Pro Hac Vice
Joeseph L. Robbins, Pro Hac Vice
**VENABLE, LLP**
575 7th Street N.W.
Washington, DC 20004
Tel: (202) 344-4220
Email: anrothman@venable.com
jlrobbins@venable.com

Craig S. Sternberg, WSBA #521
**STERNBERG THOMSON OKRENT & SCHER PPLC**
520 Pike Street, Ste. 2250
Seattle, WA 98101
Tel: (206) 386-5438
Fax: (206) 374-2868
Email: craig@stoslaw.com

Attorneys for Defendant

STIPULATION AND ORDER
(Case No. 2:16-cv-01006-RSL)

Page 5

**SOUND JUSTICE LAW GROUP, PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210

# **ORDER**

IT SO ORDERED. The Court adopts the parties' stipulation.

1. The case schedule is amended as follows:

| | |
|---|---|
| Motion for class certification due and noted on the Court's calendar for the fifth Friday thereafter | March 8, 2018 |
| Deadline for amending pleadings | April 6, 2018 |
| Reports from expert witnesses under FRCP 26(a)(2) due | June 6, 2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Settlement conference held no later than | July 25, 2018 |
| Discovery completed by | August 3, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | September 6, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | October 15, 2018 |
| Agreed pretrial order due | November 2, 2018 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | November 30, 2018 |
| Trial: | December 3, 2018. |

2. Plaintiff's pending Motion for Relief from Deadlines and New Case Schedule (Dkt. #31) is stricken as being now moot.

Dated this 29th day of August, 2017.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER
(Case No. 2:16-cv-01006-RSL)

Page 6

**SOUND JUSTICE LAW GROUP, PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 489-3210