HONORABLE Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK HOFFMAN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ONE TECHNOLOGIES, LP; and<br><br>Defendant. | Case No. 2:16-cv-01006-RSL<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION<br><br>NOTE ON MOTION CALENDAR:<br>February 13, 2018 |

WHEREAS, the parties have agreed to schedule a mediation to occur on March 29, 2018, in Seattle, Washington, they agree, and respectfully request, that an order be entered staying all proceedings and discovery in the case, other than enforcement of third party subpoenas by plaintiff without motions unless the third party subpoena recipients do not confirm that they will identify and preserve the information that plaintiff

STIPULATION AND [PROPOSED] ORDER TO
STAY CASE PENDING MEDIATION
Case No. 2:16-cv-01006-RSL

STERNBERG THOMSON OKRENT & SCHER, PLLC
2033 6th Avenue, Suite 251
Seattle, WA 98121
(206) 386-5438

Page 1

requests, and requiring the parties to report the results of the mediation no later than April 9, 2018, and if the case has not settled, to propose a new case schedule by that date.

RESPECTFULLY SUBMITTED: February 13, 2018

/s/ Rob Williamson
**WILLIAMSON & WILLIAMS**
Rob Williamson, WSBA #11387
Kim Williams, WSBA #9077
2239 West Viewmont Way West
Seattle, Washington 98199
Telephone: 206-285-3094
kim@williamslaw.com
roblin@williamslaw.com

*Attorneys for Plaintiff*

/s/ Ari N. Rothman
**Venable LLP**
Ari N. Rothman (*pro hac vice*)
Joseph L. Robbins (*pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202-344-4000
anrothman@venable.com
jlrobbins@venable.com

Craig S. Sternberg, WSBA #00521
**Sternberg Thomson Okrent & Scher, PLLC**
2033 6th Avenue, Suite 251
Seattle, WA 98121
Telephone: 206-386-5438
craig@stoslaw.com

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION
Case No. 2:16-cv-01006-RSL

*STERNBERG THOMSON OKRENT & SCHER, PLLC*
2033 6th Avenue, Suite 251
Seattle, WA 98121
(206) 386-5438

Page 2

## ORDER

Pursuant to the agreement of the parties and the Court finding good cause for the requested stay, IT IS SO ORDERED. The Court adopts the parties' stipulation.

The Court hereby stays all proceedings in this matter except for enforcement of third party subpoenas issued by plaintiff. Plaintiff may only file motions calling for the preservation of materials responsive to Plaintiff's third party subpoenas. The parties are directed to report to the Court no later than April 9, 2018, the results of their mediation, and if the case is not settled, to propose a new case schedule at that time.

Dated this 21st day of February, 2018

Robert S. Lasnik
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO
STAY CASE PENDING MEDIATION
Case No. 2:16-cv-01006-RSL

*STERNBERG THOMSON OKRENT & SCHER, PLLC*
2033 6th Avenue, Suite 251
Seattle, WA 98121
(206) 386-5438

Page 3