|  |  |
|---|---|
| 1 | HONORABLE Robert S. Lasnik |

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MARK HOFFMAN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ONE TECHNOLOGIES, LP; and<br><br>Defendant. | **NO. C16-1006 RSL**<br><br>STIPULATED MOTION OF TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE and CLASS MEMBER CLAIMS WITHOUT PREJUDICE<br>and ORDER<br><br>Note for Motion Calender: May 29, 2018 |

## I. STIPULATION

IT IS STIPULATED by and between the parties hereto that any and all claims or causes of action asserted herein by plaintiff Mark Hoffman, may be dismissed with prejudice and without costs or fees to either party, and that all claims of Class Members are dismissed without prejudice.

DATED: May 29, 2018

| | |
|---|---|
| WILLIAMSON & WILLIAMS | VENABLE LLP |
| By s/Rob Williamson<br>Rob Williamson, WSBA No. 11387<br><br>*Attorneys for Plaintiff* | By s/ Ari N. Rothman<br>Ari Rothman,<br>Admitted pro hac vice<br>*Attorneys for Defendant* |

## II. ORDER

The parties having stipulated for dismissal of any and all claims or causes of action asserted herein with prejudice and without costs or fees, and the claims of Class Members to be dismissed without prejudice.

IT IS ORDERED that any and all claims or causes of action asserted herein by Plaintiff are hereby dismissed with prejudice and without costs or fees, and without prejudice to Class Members.

Dated: May 31, 2018

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

STIPULATION MOTION TO DISMISS INDIVIDUAL
CLAIMS WITH PREJUDICE and CLASS MEMBER CLAIMS
WITHOUT PREJUDICE and ORDER
Case No. NO. C16-1006 RSL